Douglas L. Clark (SBN 279408)
dlclark@jonesday.com
JONES DAY
4655 Executive Dr., Suite 1500
San Diego, CA 92121
Telephone:  858-314-1200
Facsimile:   844-345-3178

Attorneys for Defendant
Experian Information Solutions, Inc.

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RYAN CHAMBERS,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>EXPERIAN INFORMATION SOLUTIONS, INC. and DOES 1 through 10, inclusive,<br><br>　　　　　Defendant. | Case No. **'17 CV 1438 AJB  NLS**<br><br>[Removal of San Diego County Superior Court, Case No. 37-2017-00021447-CL-NP-CTL]<br><br>**NOTICE OF REMOVAL OF ACTION PURSUANT 28 U.S.C. § 1441**<br><br>**[FEDERAL QUESTION JURISDICTION]**<br><br>Complaint filed:  June 14, 2017 |

**TO THE CLERK OF THE COURT:**

**PLEASE TAKE NOTICE** that, pursuant to 28 U.S.C. § 1441 *et seq*., Defendant Experian Information Solutions, Inc. ("Experian") hereby files this Notice of Removal of the above-captioned action to this United States District Court and states as follows:

1.　Experian is the only named Defendant in Civil Action No. 37-2017-00021447-CL-NP-CTL filed by Plaintiff Ryan Chambers ("Plaintiff") in the Superior Court of the State of California for the County of San Diego (the "State Court Action").

2.　The Complaint in the State Court Action was filed with the Clerk of

1    the Superior Court of the State of California for the County of San Diego on June

2    14, 2017.  Plaintiff served Experian with the Summons and Complaint in the State

3    Court Action on June 15, 2017.

4         3.    This Notice is being filed with this Court the first court day following

5    the thirty (30) day deadline from when Experian received a copy of Plaintiff's

6    initial pleading setting forth the claims for relief upon which Plaintiff's action is

7    based.

8         4.    This United States District Court is the proper district court for

9    removal because the State Court Action is pending within this district.

10        5.    Pursuant to 28 U.S.C. § 1446(a), a copy of all process, pleadings, and

11   orders served upon Experian in the State Court Action is attached hereto as

12   Exhibit A.  The attached documents are the only pleadings currently on the docket

13   in the State Court Action.

14        6.    Experian is a corporation which, for monetary fees, regularly engages

15   in whole or in part in the practice of assembling consumer credit information or

16   other information on consumers for the purpose of furnishing consumer reports to

17   third parties.  Experian uses means or facilities of interstate commerce for the

18   purpose of preparing or furnishing consumer reports, and therefore is a "consumer

19   reporting agency" within the meaning of 15 U.S.C. § 1681a(f).

20        7.    The claims for relief against Experian alleged in the State Court Action

21   arise under the Fair Credit Reporting Act, 15 U.S.C. §§ 1681 *et seq*.  Thus, this

22   court has original subject matter jurisdiction over the above-captioned action

23   pursuant to 28 U.S.C. § 1331 and 15 U.S.C. § 1681p.  The above-captioned action

24   may properly be removed to this United States District Court pursuant to 28 U.S.C.

25   § 1441(a).

26        8.    This Court also has supplemental jurisdiction over Plaintiff's state law

27   claim under California Civil Code § 1785.1 *et seq*., because the state law claim is so

28   related to Plaintiff's federal question claims that they form part of the same case or

controversy pursuant to 28 U.S.C. § 1367(a).

9.     Promptly after the filing of this Notice of Removal, Experian shall provide notice of the removal to Plaintiff through his attorney of record in the State Court Action, and shall file a copy of this Notice with the clerk of the Court in the State Court Action, as required by 28 U.S.C. § 1446(d).


Dated:  July 17, 2017                    JONES DAY


                                         By:   */s/ Douglas L. Clark*
                                              Douglas L. Clark

                                         Attorneys for Defendant
                                         EXPERIAN INFORMATION
                                         SOLUTIONS, INC.