# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **RYAN CHAMBERS,**<br><br>Plaintiff,<br><br>vs.<br><br>**EXPERIAN INFORMATION SOLUTIONS, INC.,**<br><br>Defendant. | Case No. **3:17-cv-01438-AJB-AGS**<br><br>**ORDER GRANTING JOINT MOTION TO DISMISS**<br><br>**(Doc. No. 14)** |

IT IS HEREBY ORDERED that pursuant to the Joint Motion of the parties to dismiss this case with prejudice pursuant to Federal Rules of Civil Procedure 41(a)(1)(A)(ii), the entire case is dismissed with prejudice. Each party will bear their own costs and expenses.

IT IS SO ORDERED.

Dated: November 3, 2017

Hon. Anthony J. Battaglia
United States District Judge